# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.
BALDOMERO BARRIENTOS BANUELOS

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: 99-1380-M

FILED
CLERK, U.S. DISTRICT COURT
JUN 10 1999
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 15, 1993, in Los Angeles County in the Central District of California defendant(s) did willfully, unlawfully, knowingly and with intent to avoid prosecution travel in interstate commerce from Los Angeles, California to the state of Florida. On October 18, 1993, arrest warrant number LAVLA-01556701 was issued by the Municipal Court of Los Angeles Judicial district, county of Los Angeles, state of California, charging BALDOMERO BARRIENTOS BANUELOS with violation of the California Penal Code, Section 187, murder, a felony in the state of California.

In violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent - FBI__ and that this complaint is based on the following facts:

LODGED
JUN 10 11 22 AM '99
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY ____

**SEE ATTACHMENT**

Continued on the attached sheet and made a part hereof:  ☒Yes ☐No

_____
Signature of Complainant
Scott F. Garriola
Special Agent - FBI

Sworn to before me and subscribed in my presence,

__June 10, 1999__                    at  __Los Angeles, California__
Date                                      City and State

__BRIAN Q. ROBBINS__                  _____
Name & Title of Judicial Officer        Signature of Judicial Officer

MK:bat    REC: DETENTION (Warrant)

BRIAN QUINN ROBBINS
U.S. MAGISTRATE JUDGE 6/10/99

<u>A F F I D A V I T</u>

On June 8, 1999, I was advised by Detective Bob Depweg, Los Angeles Police Department (LAPD) Homicide of the following facts:

1.

 a. On October 15, 1993, BALDOMERO BARRIENTOS BANUELOS brutally stabbed his wife to death.

 b. BANUELOS suffered a knife wound scar to his right hand during the attack and was seen fleeing the scene in a black Chevrolet.

 c. On October 18, 1993, warrant number LAVLA 01556701 was issued by the Municipal court of Los Angeles County charging BANUELOS with a violation of the California Penal Code, Section 187, murder, a felony in the state of California.

 d. Subsequent to the murder LAPD received information that BANUELOS fled to Mexico.

2.

 a. On May 8, 1999, BANUELOS was featured on a television show in the South Florida area called "Placas."

 b. The producer of Placas received two telephone calls from the girlfriend of BANUELOS and a friend of BANUELOS, on June 3 and June 7, respectively, who, after seeing the program, recognized BANUELOS.

 c. BANUELOS' girlfriend and friend advised that BANUELOS is using the name "Poncho" and "Romero" and lives in Fort Pierce, Florida.

 d. BANUELOS confided to his girlfriend that he killed his wife in Los Angeles about ten years ago and that he suffered a scar on his right hand while stabbing her.

3. Efforts to date by the LAPD to locate BANUELOS have met with negative results.